IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENNETTA TWEGBE,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **ANN'S CHOICE, INC.,** | : | |
| *Defendant.* | : | **NO. 22-cv-04076** |

## O R D E R

**AND NOW,** this 30th day of October 2023, it having been reported that the issues between the parties in the above action have been settled (counsel email attached as Exhibit A) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)

# EXHIBIT A

| | |
|---|---|
| **From:** | Christopher Macey |
| **To:** | Jennifer Harchut; Will, Andrew (Baltimore); James A. Bell; Dawn Cohen; Cavalier, Jonathan R. (Philadelphia); Peet, Stephanie J. (Philadelphia); Simanglatt, Sarah B. (Philadelphia) |
| **Cc:** | Chambers of Judge Chad F Kenney |
| **Subject:** | Re: 22-cv-4076, Twegbe v. Ann"s Choice, Inc. |
| **Date:** | Friday, October 27, 2023 9:36:16 PM |
| **Attachments:** | image001.png<br>image002.png |

**CAUTION - EXTERNAL:**

Dear Ms. Harchut,

I am writing, on behalf of the parties, to advise the Court that the parties reached an agreement to resolve this matter late this evening. The parties are respectfully requesting that the Court issue an Order, pursuant to Local Rule 41.1(b), dismissing this matter with prejudice and without costs to either party. I have copied counsel for all parties and Chambers on this message. Thank you.

Respectfully,

Christopher A. Macey, Jr.
Bell & Bell LLP
1617 John F. Kennedy Blvd.
Suite 1254
Philadelphia, PA  19103
Tel. (215) 569-2285
Fax. (215) 569-2220
Email: christophermacey@bellandbelllaw.com

This e-mail message is intended only for the personal use of the addressee(s) named above. This message may be an attorney-client communication and as such privileged and confidential.  If you are not an intended recipient of this message, you may not review, print, copy, disseminate or distribute this message. If you have received this communication in error, please immediately notify us and delete the original message.